IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CV-00524-FL

| | | |
|---|---|---|
| CORNERSTONE BUILDING BRANDS, INC., Plaintiff, | ) | |
| v. | ) | **JOINT NOTICE OF PARTIAL SETTLEMENT** |
| BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY and OLD REPUBLIC SPECIALTY INSURANCE COMPANY, Defendants. | ) | |

Pursuant to the Court's Case Management Order (D.E. 19), Plaintiff Cornerstone Building Brands, Inc. ("Cornerstone") and Defendant Old Republic Insurance Company ("Old Republic"), by and through their respective counsel, jointly submit this Joint Notice of **Partial** Settlement and state as follows:

Cornerstone and Old Republic have reached a settlement to resolve this litigation as between them.

Cornerstone further notifies the Court that the claim related to Berkshire Hathaway Specialty Insurance Company did not settle and remains pending.

Cornerstone and Old Republic are in the process of reducing the partial settlement to writing, but need additional time beyond the two weeks provided by Local ADR Rule 101.1d(d)(3) in which to finalize the settlement agreement and file a joint stipulation of dismissal or a joint motion to voluntarily dismiss under Federal Rule of Civil Procedure 41. Accordingly, the parties have agreed to complete those tasks by August 12, 2026.

Respectfully submitted, this 23rd day of July, 2026.

**REED SMITH LLP**

By: /s/ *J. James Cooper*
J. James Cooper (LR 83.1(e) special appearance)
Tex. Bar No. 04780010
Dominic I. Rupprecht (LR 83.1(e) special appearance)
Tex. Bar No. 24127494
Pa. Bar No. 308721
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3879
jcooper@reedsmith.com
drupprecht@reedsmith.com

Zachary S. Roman (LR 83.1(e) special appearance)
Pa. Bar No. 325730
225 Fifth Avenue
Pittsburgh, PA 15222
412-288-3367
zroman@reedsmith.com

*Attorneys for Plaintiff*
*Cornerstone Building Brands, Inc.*

**WYRICK ROBBINS YATES & PONTON LLP**

By: /s/ *Samuel A. Slater*
Samuel A. Slater
N.C. Bar No. 43212
Josey L. Newman
N.C. Bar No. 55284
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607
Telephone: 919.781.4000
Fax: 919.781.4865
sslater@wyrick.com
jnewman@wyrick.com

*Attorneys for Defendant Old Republic Insurance Company*

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP**

By: /s/ *Jackson W. Moore*
JACKSON W. MOORE
N.C. Bar No. 29912
C. MICHAEL ANDERSON
N.C. Bar No. 42646
150 Fayetteville Street, Suite 2800
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmoore@smithlaw.com
manderson@smithlaw.com

*Attorneys for Plaintiff*
*Cornerstone Building Brands, Inc.*

**BAILEY CAVALIERI LLC**

By: /s/ *Michael R. Goodstein*
Michael R. Goodstein
10 W. Broad Street
Suite 2100
Columbus, OH 43215-3422
(614) 221-3155
mgoodstein@baileycav.com

*Attorney for Defendant Old Republic Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

Respectfully submitted, this 23rd day of July, 2026.


**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP**

By: */s/ Jackson W. Moore*
JACKSON W. MOORE
N.C. Bar. No. 29912
C. MICHAEL ANDERSON
N.C. Bar No. 42646
150 Fayetteville Street, Suite 2800
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmoore@smithlaw.com
manderson@smithlaw.com

*Attorneys for Plaintiff*
*Cornerstone Building Brands, Inc.*