IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CV-00524-FL

| | | |
|---|---|---|
| CORNERSTONE BUILDING BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY and OLD REPUBLIC SPECIALTY INSURANCE COMPANY,<br>Defendants. | ) | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Cornerstone Building Brands, Inc. ("Cornerstone") and Defendant Old Republic Specialty Insurance Company ("Old Republic"), have reached a settlement agreement resolving this litigation between them. *See* [D.E. 41]. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Cornerstone voluntarily dismisses, with prejudice, its claims against Old Republic in this case.

Cornerstone and Old Republic respectfully request that the Court maintain jurisdiction of this matter to enforce the terms of the parties' settlement agreement, if needed.

Old Republic and Defendant Berkshire Hathaway Specialty Insurance Company consent to this voluntary dismissal.

Respectfully submitted, this 17th day of August, 2026.

**REED SMITH LLP**
**PONTON LLP**

By: /s/ *J. James Cooper*
J. James Cooper (LR 83.1(e) special appearance)
Tex. Bar No. 04780010
Dominic I. Rupprecht (LR 83.1(e) special appearance)
Tex. Bar No. 24127494
Pa. Bar No. 308721
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3879
jcooper@reedsmith.com
drupprecht@reedsmith.com

Zachary S. Roman (LR 83.1(e) special appearance)
Pa. Bar No. 325730
225 Fifth Avenue
*Insurance Company*
Pittsburgh, PA 15222
412-288-3367
zroman@reedsmith.com

**WYRICK ROBBINS YATES &**

By: /s/ *Samuel A. Slater*
Samuel A. Slater
N.C. Bar No. 43212
Josey L. Newman
N.C. Bar No. 55284
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607
(919) 781-4000
sslater@wyrick.com
jnewman@wyrick.com

*Attorneys for Defendants Berkshire Hathaway Specialty Insurance Company and Old Republic*

**SMITH, ANDERSON, BLOUNT, DORSETT,**
**MITCHELL & JERNIGAN, LLP**

By: /s/ *Jackson W. Moore*
JACKSON W. MOORE
N.C. Bar. No. 29912
C. MICHAEL ANDERSON
N.C. Bar No. 42646
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmoore@smithlaw.com
manderson@smithlaw.com

*Company*
*Attorneys for Plaintiff*
*Cornerstone Building Brands, Inc.*

**WERNER AHARI**
**MANGEL LLP**

By: /s/ *Leslie S. Ahari*
Leslie S. Ahari
Stacey E. Rufe
2112 Pennsylvania Avenue NW
Suite 200
Washington, DC 20037
(202) 599-1030
lahari@wam.law
(202) 599-1030

*Attorneys for Defendant Berkshire Hathaway Specialty Insurance*

**BAILEY CAVALIERI LLC**

By: <u>/s/ *Michael R. Goods*</u>
Michael R. Goodstein
10 W. Broad Street
Suite 2100
Columbus, OH 43215-3422
(614) 221-3155
mgoodstein@baileycav.com

*Attorney for Defendant*
*Old Republic Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

Respectfully submitted, this 17th day of August, 2026.


**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP**

By: /s/ *Jackson W. Moore*
JACKSON W. MOORE
N.C. Bar. No. 29912
C. MICHAEL ANDERSON
N.C. Bar No. 42646
150 Fayetteville Street, Suite 2800
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmoore@smithlaw.com
manderson@smithlaw.com

*Attorneys for Plaintiff*
*Cornerstone Building Brands, Inc.*